IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRYAN COPELAND,

    Plaintiff,
v.                                                    CASE NO. 5:17-cv-133-MCR-GRJ

WARDEN SMITH, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate in the Florida Department of Corrections, initiated this case by filing a civil rights complaint, alleging that his Eighth Amendment rights were being violated at Calhoun CI, where he was confined, because he was not receiving treatment for an injured knee. After screening the complaint, the Court found the complaint and motion to proceed in forma pauperis were deficient. Plaintiff was directed to file an amended complaint and to file a prisoner consent and financial certificate with a complete certified copy of his six-month account statement. The deadline to file these documents was June 8, 2017. Plaintiff failed to file the amended complaint or financial documents and instead requested an extension of time. The Court granted Plaintiff's request and directed him to file the amended complaint and prisoner consent and financial certificate

with a complete certified copy of his six-month account statement by August 8, 2017. Additionally, although Plaintiff represented that he was transferred to another institution he has failed to file a change of address.

As of the date of this report and recommendation, Plaintiff has failed to file an amended complaint, failed to file the prisoner consent and financial certificate with a complete certified copy of his six-month account statement and failed to file a change of address.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 14th day of August 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**